# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  **LEAMAN, JAMES**            CASE NO.   99-22262 JES
       **LEAMAN, DEBORAH**            (Chapter 7)

                Debtors.

FILED - MAIL

2006 AUG 21  A 9: 45

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

## RECLASSIFICATION OF CLAIM

I, ROBERT RIEDEL, acknowledge that I filed Claim No. 51 on July 29, 1999 in the amount of $209,582.19 as an unsecured, priority claim.  However Claim No. 51 should be reclassified as a general, unsecured, non-priority claim in the amount of $ 209,582.19.

Dated this 11 day of _August_, 2006.

                              on behalf of
**ROBERT RIEDEL**            Robert Riedel,
**for RIEDEL REALTY**            deceased

    & authorized by Debra Riedel,
atty & daughter of deceased's
authorized representative

Drafted by:
**Trustee Helen M. Ludwig**
**10150 West National Avenue**
**West Allis, WI 53227**
**(414) 321-0078 Phone**
**(414) 321-9040 Fax**

BANK AT HOME
# PremierBank



United States Bankruptcy Court
RECEIVED
AUG 2 1 2006
Mail

July 3, 2006

Ms. Helen M. Ludwig
Poulos, Sengstock, Budny & Ludwig, S.C.
10150 W. National Ave
Suite 390
West Allis, WI 53227-2145

Dear Ms. Ludwig:

In Re:   James & Deborah Leaman
         Bankruptcy #99-22262 JES

Thank you for your letter of the 29th. We have reviewed Dr. Leaman's file and can advise you that the amount listed in the claim form is the deficiency balance after the sale of the property located on Jackson St. in the City of Jefferson.

At this time our claim is for $5,648.35 but should be listed as "unsecured".

Should you have any questions do not hesitate to contact me at the Jefferson office number listed below, ext. 105. You may also contact me via e-mail at jimv@bankwithpremier.com

Sincerely,

James B. van Lieshout
Sr. Vice President

*Claim No. 12*

| Fort Atkinson | Jefferson | Johnson Creek | Sullivan |
|---|---|---|---|
| 70 North Main Street | 320 South Center Avenue | 100 Grell Lane | 154 Main Street |
| Fort Atkinson, WI 53538 | Jefferson, WI 53549 | Johnson Creek, WI 53038 | Sullivan, WI 53178 |
| 920-563-6616 | 920-674-4500 | 920-699-6900 | 262-593-2227 |
| Fax 920-563-6615 | Fax 920-674-2661 | Fax 920-699-6909 | Fax 262-593-2921 |

www.bankwithpremier.com



# POULOS, SENGSTOCK, BUDNY & LUDWIG, S.C.

**Attorneys at Law**



United States Bankruptcy Court
RECEIVED
AUG 2 1 2006
Mail

10150 West National Avenue
Suite 390
West Allis, WI 53227
Phone: (414) 321-0078
Fax: (414) 321-9040

*Waukesha Office:*
Phone: (262) 523-0511

August 17, 2006

Mr. Christopher Austin, Clerk
US Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE:    ***In re the Bankruptcy of James & Deborah Leaman***
      ***Chapter 7 Case No.: 99-22262 JES***

Dear Mr. Austin:

For filing, enclosed you will find the original and one copy of the following:

1. *Reclassification of Claim* form regarding Claim No. 51 as filed on behalf of Robert Riedel, a creditor in the above-entitled bankruptcy; and

2. A letter I received regarding Claim No. 12 filed by Premier Bank which indicates its claim should be reclassified as unsecured.

I would request that you date-stamp the copies and return them to me.

Thank you for your assistance in this matter.

Very truly yours,

**POULOS, SENGSTOCK, BUDNY & LUDWIG, S.C.**

Helen M. Ludwig
Enclosures