**POULOS, SENGSTOCK, BUDNY & LUDWIG, S.C.**
Attorneys At Law
10150 W. National Avenue
Suite 390
West Allis, WI 53227
Ph: 414-321-0078
Fax: 414-321-9040
Email: hludwig@psblsc.com

September 28, 2009

Mr. Wayne Blackwelder, Clerk
Clerk, U.S. Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202

RECEIVED – MAIL
2009 SEP 29 A 10: 44
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Re: In re the Bankruptcy of Leaman, James Semrow and Deborah Ann
Case No.: 99-22262 JES

Dear Mr. Blackwelder:

Enclosed please find my trustee check in the amount of $6,726.77 represented unclaimed funds for the following claims in the above entitled bankruptcy:

| Claim Number: | Claimant: | Amount: |
|---|---|---|
| 3 | Darrell Harding<br>16635 W. Bluemound Road<br>Brookfield, WI 53005 | $ 245.73 |
| 13 | The Robert D. Goetz Irrevocable Trust<br>c/o Attorney Michael Watton<br>225 E. Michigan St., Ste. 550<br>Milwaukee, WI 53202-4900 | $ 854.60 |
| 34 | Country Development<br>P.O. Box 15<br>Whitewater, WI 53190 | $ 48.96 |
| 51 | Robert Reidel<br>Reidel Realty<br>11030 W. Bluemound Road<br>Wauwatosa, WI 53226 | $ 1,226.14 |

| | | | |
|---|---|---:|---:|
| 53 | Paul M. Erspamer<br>P.O. Box 1487<br>Waukesha, WI 53187 | $ | 9.63 |
| 55 | MRC Investment Co.<br>c/o Attorney Paul Lucy<br>780 N. Water St.<br>Milwaukee, WI 53202 | $ | 1,216.78 |
| 60 | Steven J. Schmidt<br>Route 1<br>P.O. Box 26<br>Dalton, WI 53926 | $ | 1,697.14 |
| 85 | Eastern Savings Bank<br>c/o Attorney David I. Cisar<br>P.O. Box 3262<br>Milwaukee, WI 53201-3262 | $ | 1,427.79 |
| | **TOTAL UNCLAIMED FUNDS** | $ | 6,726.77 |

Please contact me should you have any questions or concerns. Thank you for your consideration in this matter.

Very truly yours,

Helen M. Ludwig, Trustee

HML/ms

Enclosure